IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANTHONY JOSEPH PETERS

VS.                                            CIVIL ACTION NO. 1:13cv541-KS-MTP

DR. RON WOODALL, ET AL

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered herein on February 25, 2015, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court, finds that this matter should be **dismissed** with prejudice

**The plaintiff is hereby notified that, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, he has the right to appeal this Order to the United States Court of Appeals for the Fifth Circuit within thirty (30) days of the entry of the final judgment in this matter.**

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same hereby is, **dismissed** with prejudice.

SO ORDERED AND ADJUDGED this the 13th day of March, 2015.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE