IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANTHONY JOSEPH PETERS

VS.                                        CIVIL ACTION NO. 1:13cv541-KS-MTP

DR. RON WOODALL AND
WEXFORD HEALTH

## JUDGMENT

This matter having come on to be heard on this date on the Report and Recommendations of United States Magistrate Judge entered herein on December 31, 2015, and the Court, after a full review of the record, having adopted said Report and Recommendations as the finding of this Court, finds that this matter should be **dismissed** with prejudice.

**The plaintiff is hereby notified that, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, he has the right to appeal this Order to the United States Court of Appeals for the Fifth Circuit within thirty (30) days of the entry of the final judgment in this matter.**

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same hereby is, **dismissed** with prejudice.

SO ORDERED AND ADJUDGED on this the 24th day of February, 2016.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE